Patrick H. Christopher, Appellant, v. Marie L. Christopher, Appellee.

An Appeal from a Decree of the Circuit Court within and for the County of Hillsborough.

Appeal dismissed on motion of counsel for appellee.

*E. J. Binford* and *E. V. Reed,* for Appellant;

*H. P. Baya,* for Appellee.